COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT. 42 U.S.C 1983

NAME  WEAVER           WILLIE
      (LAST)           (FIRST)        (INITIAL)

PRISONER NUMBER  J-91389           **(PR)**

INSTITUTIONAL ADDRESS  PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA 95531

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER                          **CV 08   00653**
(ENTER THE FULL NAME OF
PLAINTIFF IN THIS ACTION,)
        VS.                   CASE NO. _____
                              (TO BE PROVIDED by
PELICAN BAY STATE             THE CLERK OF COURT)
PRISON FIRST WATCH
B-2-P.S.U DIRECTOR-WARDEN,    **JW**
ASST WARDEN, CAPTAIN,         COMPLAINT UNDER
INMATES IN CELL               THE CIVIL RIGHT ACT
207, 209, 106                 42 U.S.C 1983
(ENTER THE FULL NAME OF the
DEFENDANT(S) IN THIS ACTION))

(ALL QUESTIONS ON THIS COMPLAINT FORM MUST BE ANSWERED IN ORDER FOR YOUR ACTION TO PROCEED..)

1. EXHAUSTION OF ADMINISTRATIVE REMEDIES
   NOTE: YOU MUST EXHAUST YOUR ADMINIST-
   -RATIVE REMEDIES BEFORE CLAIM CAN GO
   FORWARD. THE COURT WILL DISSMISS ANY
   UN EXHAUSTED CLAIMS)
   A. PLACE OF PRESENT CONFINEMENT  P.S.U
   B. IS THERE A GRIEVANCE PROCEDURE IN THIS INSTITUTION?
      YES (✓)   NO (  )
   C. DID YOU PRESENT THE FACTS IN YOUR COMPLAINT FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE?  YES (✓) NO ( )
   D. IF YOUR ANSWER IS YES, LIST THE APPEAL NUMBER AND THE DATE AND RESULT OF THE

COMPLAINT              -1-

APPEAL AT EACH LEVEL OF REVIEW, IF YOU DID NOT PURSUE A CERTAIN LEVEL OF APPEAL, EXPLAIN WHY.
1. INFORMAL APPEAL
2. FIRST FORMAL LEVEL
3. SECOND FORMAL LEVEL
4. THIRD FORMAL LEVEL

E. IS THE LAST LEVEL TO WHICH YOU APPEALED THE HIGHEST LEVEL OF APPEAL AVAILABLE TO YOU?   YES ( )   NO (✓)

F. IF YOU DID NOT PRESENT YOUR CLAIM FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE, EXPLAIN WHY. ___ STILL BEING PROCESSED

11. PARTIES
   A. WRITE YOUR NAME AND YOUR PRESENT ADDRESS, DO THE SAME FOR ADDITIONAL PLAINTIFFS, IF ANY.
   WILLIE WEAVER  PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

   B. WRITE THE FULL NAME OF EACH DEFENDANT HIS OR HER OFFICIAL POSITION, AND HIS OR HER PLACE OF EMPLOYMENT.
   PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.
   FIRST WATCH B-2 · P.S.U DIRECTOR, WARDEN, ASSIT WARDEN, CAPTAIN
   INMATES IN CELL 207, 209, 106

COMPLAINT            - 2 -

STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

On 01/06/08 2:00 o'clock in the morning plaintiff neighbor was telling plaintiff that he need to get the fuck out of this section along with other inmates in cell 207, 106 that plaintiff need to get the fuck out of this section calling plaintiff names, this is harrassment's, conspiracy's, threating's, the defendant's showed deliberate indifference under the eight amendment that constitue cruel unusual punishment

IV. RELIEF

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want are the court to do for you. Make no legal arguments; cite no cases or statutes.

Liability damages: 50,000 fithy thousand dollars due to: harrassments, threatening, conspiracy's U.S. Constitution violation.

Punitive damages: 50,000 fithy thousand dollars due to: mental anguish, stress disorder

I declare under penalty of perjury that the forgoing is true and correct.

Signed this  01  day of  12 , 20 08 .

Willie Weaver
(Plaintiff Signature)

WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



CONFIDENTIAL
LEGAL MAIL

9410233661 C004

OFFICE OF THE CLE[RK]
UNITED STATES D[ISTRICT]
COURT NORTHER[N]
-RICT OF CALIFOR[NIA]
450 GOLDEN G[ATE]
AVENUE
SAN FRANCISCO, CA