03/16/08
WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7600
CRESCENT CITY, CA.
95531.

**FILED**
MAR 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
   PLAINTIFF,

VS.

PELICAN BAY STATE PRISON,

   DEFENDANT(S)

CASE NO. CV-08-00653 JW (PR)

AFFIDAVIT FOR EXTENSION OF TIME

YOUR HONORABLE JUDGE:
OFFICE OF THE CLERK:

PLAINTIFF WILLIE WEAVER HEREBY DECLARE UNDER PENALTY OF PERJURY THAT I AM REPRESENTIVE IN THIS PROPRIA PERSONAM DUE TO LIMITED TIME, LIMITED COOPORATION FROM LEGAL LAW LIBRARY

PLAINTIFF CANNOT FILE THE APPLICATION TO PROCEED IN FORMA PAUPERIS. IN VIEW OF THE FORGOING PLAINTIFF REQUEST AN EXTENSION OF 30 DAYS AND TO INCLUDING NEW DEADLINES IN WHICH TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS.

Willie Weaver
SIGNATURE

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
            PLAINTIFF,
VS.

PELICAN BAY STATE PRISON
            DEFENDANT(S)

CASE NO. CV-08-00653 JW (PR)

PROOF OF SERVICE

I HEREBY CERTIFY THAT ON 03/16/08, I SERVED A COPY OF THE ATTACHED THREE EXACT AFFIDAVIT FOR EXTENSION OF TIME

BY PLACING A COPY IN A POSTAGE PAID ENVELOPE ADDRESSED TO THE PERSON(S) HERE IN AFTER LISTED, BY DEPOSITING SAID ENVELOPE IN THE UNITED STATES MAIL AT: PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

(LIST NAME AND ADDRESS OF EACH DEFENDANT OR ATTORNEY SERVED) OFFICE OF THE CLERK, IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA 450 GOLDEN GATE AVENUE SAN FRANCISCO, CA. 94102

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

                                    Willie Weaver
                            (SIGNATURE OF PERSON COMPLETING SERVICE)

1 OF 2

03/16/08
WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA. 95531.

IN THE UNITED STATES
DISTRICT COURT FOR
THE NORTHERN DISTRICT
OF CALIFORNIA

WILLIE WEAVER,
    PLAINTIFF,
VS.
PELICAN BAY STATE
PRISON
    DEFENDANT(S).

CASE NO. CV-08-0065
JW (PR)

AFFIDAVIT FOR
EXTENSION OF TIME

YOUR HONORABLE JUDGE;
OFFICE OF THE CLERK;

PLAINTIFF WILLIE WEAVER HEREBY DECLARE UNDER PENALTY OF PERJURY THAT I AM REPRESENTIVE IN THIS PROPRIA PERSON-AM DUE TO LIMITED TIME, LIMITED COOPORATION FROM LEGAL LAW LIBRARY

PLAINTIFF CANNOT FILE THE APPLICATION TO PROCEED IN FORMA PAUPERIS. IN VIEW OF THE FORGOING PLAINTIFF REQUEST AN EXTENSION OF 30 DAYS AND TO INCLUDING NEW DEADLINES IN WHICH TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS.

_Willie Weaver_
SIGNATURE

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
PLAINTIFF,

VS.

PELICAN BAY STATE PRISON
DEFENDANT

CASE NO. CV-08-00653 JW(PR)

PROOF OF SERVICE

I hereby certify that on 03/16/08, I served a copy of the attached, THREE EXACT AFFIDAVIT FOR EXTENSION OF TIME by placing a copy in a postage paid envelope addressed to the person(s) here in after listed, by depositing said envelope in the United States mail at: PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

(LIST NAME AND ADDRESS OF EACH DEFENDANT OR ATTORNEY SERVED)
OFFICE OF THE CLERK, IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Willie Weaver
(SIGNATURE OF PERSON COMPLETING SERVICE)

03/16/08
WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
                95531.

WILLIE WEAVER,
       PLAINTIFF,

VS.

PELICAN BAY STATE
PRISON,

       DEFENDANT(S)

IN THE UNITED STATES
DISTRICT COURT FOR
THE NORTHERN DISTRICT
OF CALIFORNIA

CASE NO. CV-08-00653
JW (PR)

AFFIDAVIT FOR
EXTENSION OF TIME

YOUR HONORABLE JUDGE:
OFFICE OF THE CLERK!

PLAINTIFF WILLIE WEAVER HERE BY DECLARE UNDER PENALTY OF PERJURY THAT I AM REPRESENTIVE IN THIS PRO PRIA PERSONAM DUE TO LIMITED TIME. LIMITED COOPORATION FROM LEGAL LAW LIBRARY.

PLAINTIFF CANNOT FILE THE APPLICATION TO PROCEED IN FORMA PAUPERIS. IN VIEW OF THE FORGOING PLAINTIFF REQUEST AN EXTENSION OF 30 DAYS AND TO INCLUDING NEW DEADLINES IN WHICH TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS.

                        Willie Weaver
                        SIGNATURE

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

IN THE UNITED STATES
DISTRICT COURT FOR THE
NORTHERN DISTRICT OF
CALIFORNIA

WILLIE WEAVER,
          PLAINTIFF,
VS.

PELICAN BAY STATE

PRISON,
          DEFENDANT(S)

CASE NO. CV-08-00653
JW (PR)

PROOF OF SERVICE

I HEREBY CERTIFY THAT ON 03/16/08, I SERVED A COPY OF THE ATTACHED THREE EXACT AFFIDAVIT FOR EXTENSION OF TIME

BY PLACING A COPY IN A POSTAGE PAID ENVELOPE ADDRESSED TO THE PERSON(S) HERE IN AFTER LISTED, BY DEPOSITING SAID ENVELOPE IN THE UNITED STATES MAIL AT: PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

(LIST NAME AND ADDRESS OF EACH DEFENDANT OR ATTORNEY SERVED) OFFICE OF THE CLERK IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA 450 GOLDEN GATE AVENUE SAN FRANCISCO, CA. 94102

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Willie Weaver
(SIGNATURE OF PERSON COMPLETING SERVICE

