**FILED**

MAR 26 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER, Plaintiff,

vs.

PELICAN BAY STATE PRISON, Defendant.

CASE NO. CV-08-00653

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, WILLIE WEAVER, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

- 1 -

PRIS. APP. TO PROC. IN FORMA PAUPERIS

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
   SACRAMENT AIRPORT 300 WEEKLY
4  _____
   1200 MONTHLY
5  _____
6  _____

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:                                                      Yes ___ No ✓
9      a.  Business, Profession or
10         self employment                                                 Yes ___ No ✓
11     b.  Income from stocks, bonds,
12         or royalties?                                                   Yes ___ No ✓
13     c.  Rent payments?                                                  Yes ___ No ✓
14     d.  Pensions, annuities, or
15         life insurance payments?                                        Yes ___ No ✓
16     e.  Federal or State welfare payments,
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each. _____
21  _____
22  _____
                                                                          Yes ___ No ✓
23  3.  Are you married?
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.  a.  List amount you contribute to your spouse's support:$ _____

- 2 -

PRIS. APP. TO PROC. IN FORMA PAUPERIS

  b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

  _____

  _____

5. Do you own or are you buying a home?  Yes ___  No ✓

Estimated Market Value: $_____  Amount of Mortgage: $_____

6. Do you own an automobile?  Yes ___  No ✓

Make _____  Year _____  Model _____

Is it financed? Yes ___  No ✓  If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ___ No ✓  Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

_____

8. What are your monthly expenses?

Rent: $ _____  Utilities: _____

Food: $ _____  Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

02/29/08                    Willie Weaver
DATE                        SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 4 -

Case Number:_____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Willie Eugene Weaver  J91389</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>5.63</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>10.28</u>.     (20%= $2.06)

Dated: <u>3/12/08</u>

<u>                 (signature)                 </u>
Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY <u>S. Kleppin</u>
TRUST OFFICE

```
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                            PELICAN BAY STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 11, 2008

ACCOUNT NUMBER : J91389                    BED/CELL NUMBER: BF02U 000000210S
ACCOUNT NAME   : WEAVER, WILLIE EUGENE     ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                                TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE   DESCRIPTION     COMMENT     CHECK NUM    DEPOSITS    WITHDRAWALS    BALANCE
----    ----   -----------     -------     ---------    --------    -----------    -------

09/01/2007     BEGINNING BALANCE                                                      0.00

11/27*DD30  CASH DEPOSIT   2318  ML101                    11.25                      11.25
11/27 W211  FEDERAL FILIN  2333  11/27                                   1.40         9.85
11/27 W214  FEDERAL FILIN  2333  11/27                                   1.40         8.45
11/27 W215  FEDERAL FILIN  2333  11/27                                   1.40         7.05
11/27 W212  FEDERAL FILIN  2333  11/27                                   1.40         5.65
11/27 W212  FEDERAL FILIN  2333  11/27                                   1.40         4.25
11/27 W212  FEDERAL FILIN  2333  11/27                                   1.40         2.85
11/27 W214  FEDERAL FILIN  2333  11/27                                   1.40         1.45
11/27 W211  FEDERAL FILIN  2333  11/27                                   1.40         0.05
12/27*DD30  CASH DEPOSIT   2711  #122                     22.50                      22.55
    ACTIVITY FOR 2008
01/03 FC10  DRAW-FAC 10    2808  B2                                     17.23         5.32
01/15 W516  LEGAL COPY CH  3013                                          2.40         2.92
02/05 W861  REVERSE LEGAL  3408/3013                                     2.40-        5.32


                            CURRENT HOLDS IN EFFECT

  DATE        HOLD
  PLACED      CODE       DESCRIPTION              COMMENT          HOLD AMOUNT
  ------      ----       -----------              -------          -----------

  7/31/2007   H103   DAMAGES-REFUSED TO SIGN HOLD    0506  CCI          2.87
  7/31/2007   H103   DAMAGES-REFUSED TO SIGN HOLD    0506  CCI          2.45
  1/08/2008   H116   FEDERAL FILING FEE HOLD         2864  12/27       22.50


                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/19/96                           CASE NUMBER: 94F09335
COUNTY CODE: SAC                                   FINE AMOUNT: $   5,600.00

  DATE      TRANS.   DESCRIPTION                  TRANS. AMT.     BALANCE
  ----      ------   -----------                  -----------     -------

09/01/2007   BEGINNING BALANCE                                     5,318.82
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  Kleppin    pg 1 of 2
    TRUST OFFICE

```
REPORT ID: TS3030   .701                                    REPORT DATE: 03/11/08
                                                            PAGE NO:         2
                        PELICAN BAY STATE PRISON
                      INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 11, 2008

ACCT:  J91389        ACCT NAME: WEAVER, WILLIE EUGENE         ACCT TYPE: I


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/19/96                          CASE NUMBER: 94F09335
COUNTY CODE: SAC                                  FINE AMOUNT: $   5,600.00

  DATE        TRANS.     DESCRIPTION                   TRANS. AMT.      BALANCE
  ----        ------     -----------                   -----------      -------
11/27/07      DR30       REST DED-CASH DEPOSIT            12.50-        5,306.32
12/27/07      DR30       REST DED-CASH DEPOSIT            25.00-        5,281.32

   * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
   * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                          TRUST ACCOUNT SUMMARY
  BEGINNING      TOTAL         TOTAL        CURRENT      HOLDS       TRANSACTIONS
  BALANCE       DEPOSITS    WITHDRAWALS     BALANCE     BALANCE      TO BE POSTED
  ---------     --------    -----------     -------     -------      ------------
    0.00         33.75         28.43          5.32       27.82           0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ pg 2 of 2
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
---------
   22.50-