1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

**United States District Court**
For the Northern District of California

11    WILLIE EUGENE WEAVER,              )        No. C 08-00653 JW (PR)
                                        )
12              Plaintiff,               )        JUDGMENT
                                        )
13        vs.                            )
                                        )
14    PELICAN BAY STATE PRISON          )
      FIRST WATCH, et al.,               )
15                                       )
                Defendants.              )
16                                       )
                                        )
17    _____)
18          Plaintiff, a state prisoner, filed a pro se civil rights complaint pursuant to 42

19    U.S.C. § 1983.  On April 4, 2008, the Court denied plaintiff's request to proceed in

20    forma pauperis pursuant to 28 U.S.C. § 1915(g), and directed plaintiff to pay the full

21    filing fee within thirty days from the date the order was filed, i.e., no later than May

22    4, 2008.  Plaintiff was advised that failure to pay the full filing fee in the time

23    provided would result in the dismissal of the action without prejudice.

24          The deadline has since passed, and plaintiff has not paid the full filing fee.

25    This case is DISMISSED without prejudice.  Judgment is entered accordingly.

26

27    DATED: _____May 12, 2008_____          _____
                                             JAMES WARE
28                                           United States District Judge

Judgment
G:\PRO-SE\SJ.JW\CR.08\Weaver00653_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


WILLIE WEAVER,

           Plaintiff,

   v.

PELICAN BAY STATE PRISON FIRST
WATCH, et al,

           Defendants.

_____/

Case Number: CV08-00653 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____5/16/2008_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Willie Eugene Weaver J-91389
Pelican Bay State Prison
P. O. Box 7000
Crescent City, Ca 95531-7000


Dated: _____5/16/2008_____

                   Richard W. Wieking, Clerk
             /s/ By: Elizabeth Garcia, Deputy Clerk